UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAVI VOODA,

Plaintiff,

v.

JOSEPH B. EDLOW et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER 2:25-cv-02668-JNW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Defendant's motion to dismiss, Dkt. No. 9, has been GRANTED and that this case is DISMISSED. The Clerk of the Court is directed to close this case.

Dated August 4, 2026.

Joshua C. Lewis
Clerk of Court

*/s/Kathleen Albert*
Deputy Clerk